**No. 45920.**—Protest 959847–G of Tai Wo Tong (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel the merchandise in question was held classifiable as follows: (1) birds' nests at 10 percent ad valorem under paragraph 1558, Tariff Act of 1930; (2) apricot kernels at 3 cents per pound under paragraph 762; and (3) lotus nuts free of duty under paragraph 1669. The protest was accordingly sustained. Abstracts 36756, 42588, and *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) followed.